AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

United States of America, *ex rel.* Shawn Mayers,
  *Plaintiff*
    v.                                              Civil Action No.    1:13-00218-JMC

Lacy School of Cosmetology, LLC
  and Ernest J. "Jay" Lacy
  *Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ the plaintiff, United States of America., recover from the defendants, Lacy School of Cosmetology, LLC and Ernest J. "Jay" Lacy the amount of Nine Million, Two-Hundred Eighty-Three Thousand, One-Hundred Twenty-Three and 00/100 ($9,283,123.00) Dollars.  Post Judgment interest shall run at a rate of 0.54%.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having granted the government's motion for default judgment.

Date:    December 14, 2015                          *CLERK OF COURT*

                                                    s/Angie Snipes
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*